# MANDATE

MAR. 12. 2009 2:05PM WILSON ELSER MOSKOWITZ EDELMAN NO. 5973 P. 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 17 2009

SDNY NYNY
05-cv-8233
Ellis
Koeltl

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Agnes Howell
          Plaintiff-Appellant,
-against-

The New York Leadership Academy
          Defendant-Appellee

Docket No. 08-5604-cv

UNITED STATES COURT OF APPEALS
FILED
MAR 13 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

The undersigned hereby stipulate that the above-captioned petition for review shall be, and hereby is, dismissed with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, without costs or attorneys' fees to any party.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: March 12, 2009

Attorney for Petitioner
Michael H. Zhu Esq PC
225 Broadway, Suite 307
NY NY 10007

Dated: MARCH 12, 2009

Timothy P. Coon
Attorney for Respondent
WILSON ELSER
3 GANNETT DR.
WHITE PLAINS, NY 10604

SO-ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Vidya Kurella, Staff Counsel

MAR 13 2009

Counsel: Please print name and firm under signatures.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: MAR 13 2009